# EXHIBIT 1

Sound recording of Plaintiff Kirk Johnston's
alleged musical composition *Rock Star*
(flash drive)