# EXHIBIT 2

Sound recording of Nickelback's
musical composition *Rockstar*
(flash drive)