# EXHIBIT 3



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = EU0000972937
Search Results: Displaying 1 of 1 entries



*So you want to be a rock 'n' roll star.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000662831 / 1994-06-28 |
|  | Renewal registration for: EU0000972937 / 1966-12-05 |
| **Title:** | So you want to be a rock 'n' roll star. |
| **Copyright Claimant:** | James McGuinn & Christopher Hillman (A) |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | McGuinn, James |
|  | Hillman, Christopher |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page