# EXHIBIT 4



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000884606
Search Results: Displaying 1 of 1 entries





***Live wire. The Jack. Rock 'n' roll singer. w & m Malcolm Young, Angus...***

**Type of Work:** Music
**Registration Number / Date:** RE0000884606 / 2003-05-30
Renewal registration for: EF0000041910 / 1976-11-23 (in notice: 1975)
**Title:** Live wire. The Jack. Rock 'n' roll singer. w & m Malcolm Young, Angus Young & Bon Scott.
**Notes:** Contained in the AC/DC book-folio.
**Copyright Claimant:** Malcolm Young & Angus Young (A)
**Variant title:** Live wire
**Other Title:** The Jack
Rock 'n' roll singer.
AC/DC book-folio.
**Names:** Scott, Bon
Young, Malcolm
Young, Angus

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page