# EXHIBIT 5



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = EU706120
Search Results: Displaying 1 of 1 entries



*Rock n' Roll band. EU706120 (1976) In album Boston.*

**Relevance:**
**Type of Work:** Recorded Document
**Document Number:** V3615D691
**Date of Recordation:** 2013-03-04
**Entire Copyright Document:** V3615 D691 P1-8
**Registration Number Not Verified:** *EU706120* (1976) In album Boston.
**Title:** Rock n' Roll band. *EU706120* (1976) In album Boston.
**Other Title:** Boston.
**Title appears in Document:**

| # | Full Title |
|---|---|
| [ 1 ] | More than a feeling & 61 other titles. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____  Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page