# EXHIBIT 6



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000064418
Search Results: Displaying 1 of 1 entries



Labeled View

***Wanna be a rock 'n' roll star / E. Money, C. Solberg.***

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000064418 / 1980-04-09 |
| **Application Title:** | Wanna be a rock and roll star. |
| **Title:** | Wanna be a rock 'n' roll star / E. Money, C. Solberg. |
| **Appears in:** | Eddie Money. Columbia/Wolfgang PC 34909, c1977. 1 sound disc : 33 1/3 rpm, stereo. ; 12 in. side 1, band 3 |
| **Publisher Number:** | Columbia/Wolfgang PC 34909 |
| **Performer:** | Performed by Eddie Money. |
| **Copyright Claimant:** | Grajonca Music |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1978-01-01 |
| **Authorship on Application:** | words & music: Edward Mahoney a.k.a. Eddie Money; words: Chris Solberg. |
| **Previous Registration:** | Prev. reg. 1977, EU830094. |
| **Names:** | Mahoney, Edward, 1949-<br>Solberg, Chris, 1952-<br>Solberg, C.<br>Grajonca Music |





**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾] [Format for Print/Save]
Enter your email address: [            ] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page