# EXHIBIT 7



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000236689
Search Results: Displaying 2 of 2 entries

[previous] [next]



*Rock 'n' roll star / G. Richrath, K. Cronin, T. Kelly.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000236689 / 1984-12-24 |
| | Supplemented by: PA0000263072 / 1985-05-01 |
| **Title:** | Rockstar by Nickelback / G. Richrath, K. Cronin, T. Kelly. |
| **Imprint:** | c1984. |
| **Publisher Number:** | Epic 34-04659 |
| **Description:** | on 1 side of 1 sound disc : 45 rpm, stereo. ; 7 in. |
| **Notes:** | (With I do'wanna know). |
| | Taken from the Epic LP, Wheels are turnin', QE 39593. |
| **Performer:** | Performed by R E O Speedwagon. |
| **Copyright Claimant:** | Gary Richrath d.b.a. Slam Dunk Music, Kevin Cronin d.b.a. Fate Music & Tom Kelly d.b.a. Denise Berry Music |
| **Date of Creation:** | 1984 |
| **Date of Publication:** | 1984-10-09 |
| **Authorship on Application:** | words & music: Gary Richrath, Kevin Cronin & Tom Kelly. |
| **Copyright Note:** | See also Rock 'n' roll star; Reg. 1May85; PA 263-072 |
| **Names:** | Richrath, Gary, 1949- |
| | Cronin, Kevin, 1951- |
| | Kelly, Tom, 1949- |
| | REO Speedwagon. |
| | Slam Dunk Music |
| | Fate Music |
| | Denise Berry Music |

[previous] [next]





**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [ ] [Email]

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page