# EXHIBIT 8



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000297227
Search Results: Displaying 1 of 1 entries

*Rock 'n' roll to the rescue / M. Love, T. Melcher.*

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000297227 / 1986-07-14 |
| **Title:** | Rock 'n' roll to the rescue / M. Love, T. Melcher. |
| **Imprint:** | c1986. |
| **Publisher Number:** | Capitol Records B-5595 |
| **Description:** | on 1 side of 1 sound disc : 45 rpm, stereo. ; 7 in. |
| **Notes:** | (With Good vibrations). |
| **Performer:** | Performed by the Beach Boys. |
| **Copyright Claimant:** | Clairaudient Music Corporation & Daywin Music, Inc. |
| **Date of Creation:** | 1986 |
| **Date of Publication:** | 1986-06-20 |
| **Authorship on Application:** | words & music: Mike Love & Terry Melcher. |
| **Names:** | Love, Mike |
| | Melcher, Terry |
| | Beach Boys |
| | Clairaudient Music Corporation |
| | Daywin Music, Inc. |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page