# EXHIBIT 9



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001136010
Search Results: Displaying 1 of 1 entries



***Rock star.***

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001136010 / 2002-10-22 |
| **Title:** | Rock star. |
| **Appears in:** | Songs from an American movie, vol. 2--Good time for a bad attitude. Capitol Records CDP 7243 4 95873 2 8, c2000. Compact disc |
| **Publisher Number:** | Capitol Records CDP 7243 4 95873 2 8 |
| **Performer:** | Performed by Everclear. |
| **Copyright Claimant:** | Irving Music, Inc., Evergleam Music, Montalupis Music, Commongreen Music |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-11-21 |
| **Authorship on Application:** | words & music: Art Alexakis, Craig Montoya, Greg Eklund. |
| **Other Title:** | Good time for a bad attitude |
| **Names:** | Alexakis, Art |
| | Montoya, Craig |
| | Eklund, Greg |
| | Everclear |
| | Irving Music, Inc. |
| | Evergleam Music |
| | Montalupis Music |
| | Commongreen Music |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page