# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KIRK JOHNSTON, § <br> § <br> Plaintiff, § <br> § NO. 20-CV-00497-RP <br> v. § <br> § <br> CHAD KROEGER, MICHAEL KROEGER, § <br> RYAN PEAKE, DANIEL ADAIR, WARNER § <br> MUSIC GROUP, ATLANTIC RECORDING § <br> CORP., ROADRUNNER RECORDS, INC., § <br> WARNER/CHAPPELL MUSIC, INC., AND § <br> LIVE NATION ENTERTAINMENT, INC., § <br> § <br> Defendants. § | |

## ORDER GRANTING DEFENDANTS CHAD KROEGER, MICHAEL KROEGER, RYAN PEAKE, DANIEL ADAIR, ROADRUNNER RECORDS, INC., AND WARNER CHAPPELL MUSIC, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6)

After considering Defendants Chad Kroeger, Michael Kroeger, Ryan Peake, Daniel Adair, Roadrunner Records, Inc., and Warner Chappell Music, Inc.'s (collectively, "Defendants") Motion To Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) (the "Motion"), any response by Plaintiff, any additional briefing, and any arguments of counsel, and having taken judicial notice of the printouts from the Copyright Public Catalog of the United States Copyright Office website attached to the Motion as Exhibits 3-9, the Court finds that Defendants' Motion is meritorious. It is, therefore:

ORDERED that Defendants' Motion is GRANTED, and Plaintiff's copyright infringement claim against Defendants is hereby dismissed, in its entirety with prejudice, without leave to re-plead.

SIGNED ON _____, 2020.

_____
HONORABLE JUDGE PRESIDING

12596322.1