## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| KIRK JOHNSTON, | § | |
| | § | |
| PLAINTIFF | § | CAUSE NO. 20-CV-00497-RP |
| | § | |
| V. | § | |
| | § | |
| CHAD KROEGER, MICHAEL KROEGER, RYAN PEAKE, DANIEL ADAIR, WARNER MUSIC GROUP, ATLANTIC RECORDING CORP., ROADRUNNER RECORDS, INC., WARNER/CHAPPELL MUSIC, INC., AND LIVE NATION ENTERTAINMENT, INC. | § § § § § § | |

## NOTICE OF APPEARANCE

Plaintiff, Kirk Johnson files this Notice and to inform the Court that Jeffrey J. Phillips of the law firm Jones Walker LLP, hereby enter his appearance as counsel for Plaintiff and respectfully request that he receive electronic notification of any matters in this Court. Contact information for Mr. Phillips is reflected in the signature block below.

**Dated: December 9, 2020**

    Respectfully Submitted,

    JONES WALKER LLP

    By: */s/ Jeffrey J. Phillips*
    Jeffrey J. Phillips
    811 Main Street, Suite 2900
    Houston, TX 77002
    Telephone: 713.437.1864
    Fax: 713.437.1810
    Email: jphillips@joneswalker.com


    LAW OFFICE OF SESHA KALAPATAPU

    By: */s/ Sesha Kalapatapu*

Sesha Kalapatapu
2929 Allen Parkway, Suite 200
Houston, TX 77019
Telephone: 832.398.1771
Fax: 713.574.4719
Email: [sesha@sktexaslaw.com](mailto:sesha@sktexaslaw.com)

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record have been served through this Court's CM/ECF System on this 9th day of December 2020.

<u>/s/ Jeffrey J. Phillips</u><br>
Jeffrey J. Phillips