IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIRK JOHNSTON, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:20-CV-497-RP |
| CHAD KROEGER, et al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendant Chad Kroeger, et al.'s ("Defendants") Motion for Summary Judgment, (Dkt. 59). (R. & R., Dkt. 67). The Court's Order dismissed with prejudice Plaintiff Kirk Johnston's complaint.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**IT IS FINALLY ORDERED** that the parties may file a motion for attorney's fees and costs or a motion to amend the final judgment within 30 days of the date of this order.

**SIGNED** on March 16, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE